NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**IN RE: ERB INDUSTRIES, INC.,**
*Appellant*

―――――――――

2019-1193

―――――――――

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86826889.

―――――――――

**JUDGMENT**

―――――――――

ERIK PELTON, Erik M. Pelton & Associates, PLLC, Falls Church, VA, argued for appellant.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by CHRISTINA J. HIEBER, THOMAS W. KRAUSE, JOSEPH MATAL, MAUREEN DONOVAN QUELER.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2020       /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
                     Clerk of Court